IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02871-MSK-KLM

THE MEADOWS AT BUENA VISTA, INC., and
LONESOME PINE HOLDINGS, LLC,

    Plaintiffs,

v.

TOWN OF BUENA VISTA, COLORADO,
CARA RUSSELL, and
ARKANSAS VALLEY PUBLISHING COMPANY,

    Defendants.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Marcia S. Krieger [Docket No. 9] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from this action.  The Clerk of the Court shall assign another Magistrate Judge to this case.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 9, 2011 at 10:30 a.m. is **vacated**.

Dated:  January 24, 2011

                                                      BY THE COURT:

                                                       s/ Kristen L.  Mix
                                                      Kristen L.  Mix
                                                      United States Magistrate Judge