IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02871–MSK–KMT

THE MEADOWS AT BUENA VISTA, INC., a Colorado corporation, and
LONESOME PINE HOLDINGS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

TOWN OF BUENA VISTA,
CARA RUSSELL, and
ARKANSAS VALLEY PUBLISHING COMPANY

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Cara Russell's Unopposed Motion to Stay Discovery" (Doc. No. 77, filed April 21, 2011) is GRANTED for the reasons set forth in this court's Order of February 3, 2011.  The case is STAYED as to Defendants Arkansas Valley Publishing Company and Russell pending ruling on their Motions to Dismiss.  Plaintiffs and Defendants AVPC and Russell shall file a joint status report within ten days of the district court's ruling on the motions to dismiss if any portion of the action remains pending against Defendants AVPC and Russell.

Dated: April 21, 2011