IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02871–MSK–KMT

THE MEADOWS AT BUENA VISTA, INC., a Colorado corporation, and
LONESOME PINE HOLDINGS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

TOWN OF BUENA VISTA,
CARA RUSSELL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Stay Proceedings Related to the Town of Buena Vista Based on Recent Developments" (Doc. No. 123, filed September 28, 2011) is GRANTED, for the reasons set forth in this court's Order granting a stay as to Defendant Russell (Doc. No. 34). This case and all deadlines are STAYED pending ruling on Defendant Russell's Motion to Dismiss.

Dated: September 30, 2011