IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02871-MSK-KMT

THE MEADOWS AT BUENA VISTA, INC., a Colorado corporation; and
LONESOME PINE HOLDINGS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ARKANSAS VALLEY PUBLISHING COMPANY,

    Defendant.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss all Claims Between Plaintiffs and the Town of Buena Vista and all Claims Asserted by Plaintiffs Against Cara Russell With Prejudice (Motion) filed December 30, 2011. The Court having read the Motion filed herein, and now being fully advised in the premises,

IT IS ORDERED that all claims by and between Plaintiffs and the Defendant the Town of Buena Vista and and all claims asserted by Plaintiffs against Cara Russell shall be dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 5th day of January, 2012.

                                        BY THE COURT:

                                        *(signature)*

                                        Marcia S. Krieger
                                        United States District Judge