# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02871-MSK-KMT

THE MEADOWS AT BUENA VISTA, INC., and
LONESOME PINE HOLDINGS, LLC,

    Plaintiffs,

v.

ARKANSAS VALLEY PUBLISHING COMPANY,

    Defendant.

## JUDGMENT ON ATTORNEY'S FEES

This Judgment is entered in accordance with the Order Granting Motion for Attorney's Fees **(#154)** entered by the Honorable Marcia S. Krieger on September 26, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Defendant's Motion for Attorney's Fees **(#143)** is **GRANTED**;

2. That **JUDGMENT IS ENTERED** in favor of the Defendant and against the Plaintiffs, jointly and severally, in the amount of $60,229.00; and

3. That post-judgment interest shall accrue at the current rate of **0.18%** pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

DATED at Denver, Colorado, this 26th day of September, 2012.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        Edward P. Butler, Deputy Clerk