## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02871-MSK-KMT

THE MEADOWS AT BUENA VISTA, INC., and
LONESOME PINE HOLDINGS, LLC,

     Plaintiffs,

v.

ARKANSAS VALLEY PUBLISHING COMPANY,

     Defendant.

## **AMENDED** JUDGMENT ON ATTORNEY'S FEES

This Judgment is entered in accordance with the ORDER granting Stipulated Motion for Attorney Fees (Dismissal of Claim) **[#163]** entered by the Honorable Marcia S. Krieger on January 3, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.    The claim for attorneys' fees by Defendant Arkansas Valley Publishing Co. shall be and hereby is dismissed with prejudice.

2.    Each party shall pay its own fees and costs.

DATED at Denver, Colorado, this 4th day of January, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk